**Honorable John H. Chun**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN JONES AND LISA JONES individually and as husband and wife, and their marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL; AND FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | No. 2:22-cv-00216-JHC<br><br>**ORDER GRANTING STIPULATION REGARDING THE HANDLING OF CLAIMS AND TO DISMISS CERTAIN DEFENDANTS** |

THE COURT having reviewed the stipulation between Plaintiffs Justin Jones and Lisa Jones ("Jones") and Defendants Safeco Insurance Company of America ("Safeco"), Liberty Mutual and First National Insurance Company of America, regarding the handling of claims and to dismiss defendants Safeco and Liberty Mutual from this matter without prejudice, IT IS SO ORDERED that all claims against defendants Safeco and Liberty Mutual in this matter are hereby DISMISSED without prejudice.

/ / /

/ / /

ORDER GRANTING STIPULATION REGARDING THE HANDLING OF CLAIMS AND TO DISMISS CERTAIN DEFENDANTS – 1
CASE NO. 2:22-cv-00216-JHC

3278030 / 1377.0196

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1 | / / /

2 | DATED this 25th day of August, 2022

_____
The Honorable John H. Chun
United States District Judge

ORDER GRANTING STIPULATION REGARDING THE HANDLING OF
CLAIMS AND TO DISMISS CERTAIN DEFENDANTS – 2
CASE NO. 2:22-cv-00216-JHC

3278030 / 1377.0196

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX