Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN JONES AND LISA JONES individually and as husband and wife, and their marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL; AND FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | No. 2:22-cv-00216-JHC<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANT FIRST NATIONAL INSURANCE COMPANY OF AMERICA WITH AND WITHOUT PREJUDICE |

THIS MATTER having come on before the above-entitled court on the Stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that (1) all claims by Plaintiffs in this action against Defendant FIRST NATIONAL INSURANCE COMPANY OF AMERICA[1] arising out of a October 30, 2018 motor vehicle accident and the UIM claim made to FIRST NATIONAL INSURANCE COMPANY OF AMERICA by Plaintiffs for the October 30, 2018 accident are dismissed *with prejudice*, with the parties bearing their own costs and attorney's fees, and (2) all

---

[1] The other two defendants have already been dismissed from this action pursuant to the stipulated order entered by the Court on August 25, 2022 (Dkt. # 12).

PROPOSED ORDER GRANTING STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT FIRST NATIONAL INSURANCE COMPANY OF AMERICA WITH AND WITHOUT PREJUDICE – 1
3346911 / 1377.0196

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

claims by Plaintiffs in this action against Defendant FIRST NATIONAL INSURANCE COMPANY OF AMERICA arising out of a March 27, 2021 motor vehicle accident and the UIM claim made to FIRST NATIONAL INSURANCE COMPANY OF AMERICA by Plaintiffs for the March 27, 2021 accident are dismissed *without prejudice*, with the parties bearing their own costs and attorney's fees.

DONE this 14th day of December, 2022

*/s/ John H. Chun*
Honorable John H. Chun
United States District Court

Presented By:

**FORSBERG & UMLAUF, P.S.**

*/s/ Chris Gibson*
Stephanie Andersen, WSBA #22250
William C. "Chris" Gibson, WSBA #26472
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Office: (206) 689-8500
Email: SAndersen@FoUm.law
Email: CGibson@FoUm.law
*Attorneys for Defendant First National Insurance Company of America*

PROPOSED ORDER GRANTING STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT FIRST NATIONAL INSURANCE COMPANY OF AMERICA WITH AND WITHOUT PREJUDICE – 2
3346911 / 1377.0196

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1 | Copy Received, Approved for Entry,
  | Notice of Presentation Waived:
2 |
3 | BROOKS LAW FIRM
  | *[signature]*
4 | Ray C. Brooks, WSBA #37768
  | Brooks Law Firm
5 | 8201 164th Ave. N.E., Suite 200
  | Redmond, WA 98052
6 | Phone: 425-296-9025
  | Email: ray@lawyerbrooks.com
7 | *Attorney for Plaintiffs*

PROPOSED ORDER GRANTING STIPULATION FOR DISMISSAL OF
PLAINTIFFS' CLAIMS AGAINST DEFENDANT FIRST NATIONAL
INSURANCE COMPANY OF AMERICA WITH AND WITHOUT PREJUDICE –
3
3346911 / 1377.0196

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX